```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 02796
   KIMBERLY D KEYS
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9868

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/07/2008 and was confirmed 04/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/02/2009.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED VEHIC    6196.00         174.01        350.99
HSBC BANK USA            NOTICE ONLY    NOT FILED           .00           .00
HSBC BANK/OCWEN LOAN     NOTICE ONLY    NOT FILED           .00           .00
CAPITAL ONE              UNSEC W/INTER    863.19            .00           .00
HSBC BANK USA            CURRENT MORTG       .00            .00           .00
HSBC BANK USA            MORTGAGE ARRE       .00            .00           .00
OCWEN FEDERAL BANK       MORTGAGE NOTI NOT FILED            .00           .00
RMI/MCSI                 UNSEC W/INTER    531.63            .00           .00
ECMC                     UNSEC W/INTER  12124.14            .00           .00
IL DEPT OF EMPLOYMENT SE UNSEC W/INTER   1448.00            .00           .00
CITY OF CHICAGO PARKING  UNSEC W/INTER    280.00            .00           .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER   3866.29            .00           .00
CAB SERVICES             UNSEC W/INTER NOT FILED            .00           .00
ILLINOIS COLLECTION SE   UNSEC W/INTER NOT FILED            .00           .00
CHARLES MCCATHY          UNSEC W/INTER NOT FILED            .00           .00
MARTEL MANAGEMENT        UNSEC W/INTER NOT FILED            .00           .00
NATIONAL ACTION FINANCIA UNSEC W/INTER NOT FILED            .00           .00
NICOR GAS                UNSEC W/INTER NOT FILED            .00           .00
OSI COLLECTION SERVICE   UNSEC W/INTER NOT FILED            .00           .00
PARAGONWAY               UNSEC W/INTER NOT FILED            .00           .00
PARK DANSEN              UNSEC W/INTER NOT FILED            .00           .00
SALLIE MAE INC           UNSECURED           .00            .00           .00
SALLIE MAE               UNSECURED           .00            .00           .00
SALLIE MAE               UNSECURED           .00            .00           .00
XLS GRADUATE LEVERAGE    UNSECURED           .00            .00           .00
XLS GRADUATE LEVERAGE    UNSECURED           .00            .00           .00
EMC MORTAGE              SECURED NOT I       .00            .00           .00
WASHINGTON MUTUAL        SECURED NOT I       .00            .00           .00
WASHINGTON MUTUAL        SECURED NOT I       .00            .00           .00
ISAC                     UNSECURED           .00            .00           .00
RMI/MCSI                 UNSEC W/INTER NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    3,331.50                       3,075.80
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 02796 KIMBERLY D KEYS

```
TOM VAUGHN                   TRUSTEE                                 313.12
DEBTOR REFUND                REFUND                                     .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  3,913.92

PRIORITY                                              .00
SECURED                                            350.99
   INTEREST                                        174.01
UNSECURED                                             .00
ADMINISTRATIVE                                   3,075.80
TRUSTEE COMPENSATION                               313.12
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                   3,913.92                3,913.92
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
   Dated: 03/05/09                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE